**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: July 06, 2023
Docket #: 23-978
Short Title: In Re: Fairfield Sentry Limited

DC Docket #: 21-cv-3302
DC Court: SDNY (NEW YORK CITY)
DC Docket #: 21-cv-3576
DC Court: SDNY (NEW YORK CITY)
DC Judge: Broderick

## NOTICE TO BANKRUPTCY COURT

TO: CLERK, U.S. BANKRUPTCY COURT,
SOUTHERN DISTRICT OF NEW YORK
U.S. BANKRUPTCY DOCKET NO: 19-01122A, 10-B-13164

A notice of appeal from a district court decision in the above - referenced bankruptcy appeal was docketed on July 05, 2023. Please forward a copy of the bankruptcy court docket sheet to the following address:

    U.S. Court of Appeals
    for the Second Circuit
    Clerk's Office
    40 Foley Square
    New York, New York 10007

or send an electronic transmission to,
newcases@ca2.uscourts.gov

Copies of orders and/or opinions issued in this appeal will be forwarded so that you may be apprised of the status of the appeal To: CLERK, U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK.

Inquiries regarding this case may be directed to 212-857-8551.